NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-28


PAULINE DEROUSELLE MENARD, ET AL.

VERSUS

ST. AGNES HEALTHCARE & REHABILITATION CENTER


**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 67,875
HONORABLE KEITH COMEAUX, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Glenn B. Gremillion, Billy H. Ezell, and James T. Genovese, Judges.

REVERSED IN PART; AFFIRMED IN PART; AND RENDERED.

Lawrence N. Curtis
Curtis & Lambert
P. O. Box 80247
Lafayette, LA 70598-0247
(337) 235-1825
Counsel for Plaintiff/Appellee
    Pauline Derouselle Menard

**Ronald Kenneth Seastrunk**
**104 North Third Street**
**Leesville, LA 71446**
**(337) 238-5100**
**Counsel for Intervenors/Appellees**
      **Ruth Derouselle Cormier**
      **Cordelia Derouselle**
      **Octavia Derouselle Norbert**

**Kimberly A. Ramsey**
**Nix, Patterson & Roach**
**401 Edwards St., Suite 820**
**Shreveport, LA 71101**
**(318) 425-9255**
**Counsel for Intervenors/Appellees**
      **Ruth Derouselle Cormier**
      **Cordelia Derouselle**
      **Octavia Derouselle Norbert**

**Nicholas Gachassin, Jr.**
**Stacy N. Kennedy**
**Danielle E. Dekerlegand**
**Gachassin Law Firm**
**P. O. Box 80369**
**Lafayette, LA 70598-0369**
**(337) 235-4576**
**Counsel for Defendant/Appellant**
      **St. Agnes Health Care & Rehabilitation Center**